

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of J.R.J., a Child

No. 06-25-00008-CV

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. 2021-10-366). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Father, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 21, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk